**EXHIBIT 2:** INFRINGEMENT
URL: https://twitter.com/fanaticsbook_pb/status/1648821481349033987

